NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: natalie.winslow@akerman.com
Email: tenesa.powell@akerman.com
*Attorneys for PennyMac Loan Services LLC*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARLENE S. BEDFORD,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK,

Defendants.

Case No.: 2:19-cv-00579-APG-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**

[FIRST REQUEST]

PennyMac Loan Services LLC and Darlene S. Bedford by and through their respective counsel of record, hereby stipulate and agree as follows:

Bedford filed her complaint on April 5, 2019 [ECF No. 1]. PennyMac's deadline to answer complaint is April 25, 2019. The parties stipulate and agree that PennyMac shall have until, **May 29, 2019** to file a response to Plaintiff's complaint.

. . .

. . .

. . .

. . .

. . .

. . .

This is the first request for an extension of this deadline, is made in good faith, and is not made for purposes of undue delay. The request is made to allow PennyMac to further review the allegations of the complaint and provide a meaningful response.

DATED this 24th day of April, 2019.

| **AKERMAN LLP**<br><br>/s/ *Tenesa Powell* ______________<br>NATALIE WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>TENESA S. POWELL, ESQ.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for PennyMac Loan Services LLC* | **HAINES & KRIEGER, LLC**<br><br>/s/ *David H. Krieger* _________<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>8985 S. Eastern Ave. Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Darlene S. Bedford* |
|---|---|

**ORDER**

**IT IS SO ORDERED.**

DATED: April 25, 2019.

______________________________
United States Magistrate Judge

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572