David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff,*
*DARLENE S. BEDFORD*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DARLENE S. BEDFORD, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK, <br><br> Defendant(s). | Case No.: 2:19-cv-00579-APG-NJK <br><br> **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND CARMAX AUTO FINANCE** |

**NOTICE IS HERBY GIVEN** that the claims and disputes between DARLENE S. BEDFORD ("Plaintiff") and Defendant CARMAX AUTO FINANCE ("CARMAX") have been settled. Plaintiff and CARMAX anticipate filing a Stipulation for Dismissal of Plaintiff's claims against CARMAX, with

-1-

prejudice, within 60 days. This will allow time for the settlement to be finalized. Plaintiff requests that all pending dates and filing requirements as they relate to CARMAX should be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to CARMAX.

Dated: May 8, 2019

/s/ Shawn W. Miller
Shawn W. Miller, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*
*DARLENE S. BEDFORD*