ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA Federal Savings Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| DARLENE S. BEDFORD, | CASE NO. 2:19-cv-579-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT USAA FEDERAL SAVINGS BANK'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; CARMAX AUTO FINANCE; PENNYMAC LOAN SERVICES LLC; USAA FEDERAL SAVINGS BANK, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendants, USAA Federal Savings Bank, ("USAA"), by and through their attorneys of record, Robert W. Freeman, Esq., of Lewis Brisbois Bisgaard & Smith LLP, and Plaintiff Darlene S. Bedford, by and through her counsel of record, David H. Krieger, Esq., of Haines & Kreiger, that:

The due date for the USAA's Response to Plaintiff's Complaint (ECF No. 1), be extended fourteen (14) days, from May 20, 2019, to June 3, 2019.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Complaint, USAA needs additional time to perform an investigation prior to filing a responsive pleading. This is USAA's

…

…

4828-2994-4215.1

first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 15th day of May, 2019.   DATED this 15th day of May, 2019.

HAINES & KREIGER   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Shawn W. Miller   By: /s/ Robert W. Freeman
   DAVID H. KRIEGER, ESQ.      ROBERT W. FREEMAN, ESQ.
   Nevada Bar No. 9086      Nevada Bar No. 3062
   SHAWN W. MILLER, ESQ.      PRISCILLA L. O'BRIANT, ESQ.
   Nevada Bar No. 7825      Nevada Bar No. 10171
   8985 S. Eastern Avenue, Suite 350      6385 S. Rainbow Boulevard, Suite 600
   Henderson, Nevada 89123      Las Vegas, Nevada 89118
   *Attorneys for Plaintiff*      *Attorneys for Defendants*
                                                           *USAA Federal Savings Bank*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 15, 2019